IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLIANNE RICCO, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOBBY GOSTON, *et al.*, | : | |
| Defendants | : | No. 20-1943 |
| | : | |

## ORDER

AND NOW, this ____ day of July, 2020, upon consideration of Plaintiff's Motion to Remand (Doc. No. 3) and the Response in Opposition (Doc. No. 6), it is **ORDERED** that the Motion to Remand (Doc. No. 6) is **GRANTED.** This case is **REMANDED** to the Philadelphia County, Pennsylvania Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c). The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE